UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON O. MURPHY, SR., ESQ., dba SHEETMETAL & ASSOCIATES<br><br>Plaintiff,<br><br>v.<br><br>AIG CLAIMS, INC.,<br><br>Defendant. | No.  2:20-cv-00301-TLN-AC<br><br>**ORDER** |

Plaintiff proceeds in this action in pro per.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On April 22, 2020, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  (ECF No. 6.)  Plaintiff has filed objections to the findings and recommendations, but they are unavailing.  (ECF No. 7.)  Moreover, it is worth noting Plaintiff has yet to file an amended complaint, despite multiple opportunities to do so.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed April 22, 2020 (ECF No. 6), are ADOPTED IN FULL; and

2. This action is DISMISSED without prejudice for lack of prosecution and failure to comply with the Court's order.  *See* Fed. R. Civ. P. 41(b); Local Rule 110.

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATED:  July 6, 2020

                                      Troy L. Nunley
                                      United States District Judge