UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON O. MURPHY, SR., | No. 2:20-cv-00301-TLN-AC |
| Plaintiff, | |
| v. | **ORDER** |
| AIG CLAIMS, INC., | |
| Defendant. | |

Plaintiff Shannon O. Murphy, Sr. ("Plaintiff"), an individual proceeding *pro se*, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On September 23, 2020, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 11.) Plaintiff has not filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

///

1

1 | The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 23, 2020 (ECF No. 11), are ADOPTED IN FULL; and

2. Plaintiff's motion for relief from judgment (ECF No. 10), is DENIED, and

3. All further filings in this case are DISREGARDED.

IT IS SO ORDERED.

DATED:  October 26, 2020

Troy L. Nunley
United States District Judge