UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON O. MURPHY, SR, | No.  2:20-cv-00301 TLN AC |
| Plaintiff, | |
| v. | ORDER |
| AIG CLAIMS, INC., | |
| Defendant. | |

Plaintiff is proceeding in this matter pro se, and accordingly this motion was referred to the undersigned pursuant to Local Rule 302(c)(21).  On November 18, 2020, plaintiff filed an amended complaint.  ECF No. 13.  Plaintiff's case was closed on July 8, 2020.  ECF Nos. 9, 12.  Plaintiff is advised that documents filed since the closing date will be disregarded and no orders will issue in response to future filings.

The court construes plaintiff's filing of an amended complaint as a motion.  Plaintiff's motion at ECF No. 13 will not be considered because the case is closed.  Future filings in this case will be disregarded.

DATED: November 19, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1